# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## SHELBY DIVISION

In Re: Michael Steven Wheat    Kimberly Atchley Wheat    Case Number    10-40790
PO Box 1656    Judge:    George R. Hodges
Rutherfordton, NC  28139    Dated:    October 21, 2011

SSN (1): XXX-XX-6149    SSN (2): XXX-XX-7884

## MOTION OF TRUSTEE FOR DETERMINATION OF STATUS OF CLAIMS IN CONFIRMED PLAN

The undersigned trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Allowed Claim Amt | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| ATT SERVICES | 9 | 14 | U-Unsecured | 80 | $212.66 | $212.66 | |
| BILL ME LATER | 10 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2244 |
| Blanton & Miller DDS | 11 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| CAPITAL RECOVERY GROUP 20016 | 5 | 19 | C-Car (910) | 50 | $12,731.85 | $12,731.85 | 3361 |
| CCS | 12 | | U-Unsecured | 80 | $0.00 | NOT FILED | 5099 |
| CCS | 13 | | U-Unsecured | 80 | $0.00 | NOT FILED | 5265 |
| CITIFINANCIAL | 4 | | S-Secured-Pro-Rata | 50 | $0.00 | NOT FILED | 6402 |
| Cosmetique | 16 | | U-Unsecured | 80 | $0.00 | NOT FILED | 3057 |
| Dell Financial Services LLC | 18 | 2 | U-Unsecured | 80 | $1,205.36 | $1,205.36 | 3020 |
| DIAL ADJUSTMENT BUREAU | 19 | | U-Unsecured | 80 | $0.00 | NOT FILED | 9635 |
| DISCOVER BANK | 20 | 4 | U-Unsecured | 80 | $659.49 | $659.49 | 5850 |
| Dun & Bradstreet | 21 | | U-Unsecured | 80 | $0.00 | NOT FILED | 8472 |
| Ecast Settlement Corporation | 15 | 7 | U-Unsecured | 80 | $2,374.12 | $2,374.12 | 9406 |
| eCAST Settlement Corporation assignee of | 43 | 11 | U-Unsecured | 80 | $4,078.94 | $4,078.94 | 6378 |
| FARMERS FURNITURE | 22 | | U-Unsecured | 80 | $0.00 | NOT FILED | 197E |
| Gevalia | 28 | | U-Unsecured | 80 | $0.00 | NOT FILED | 7971 |
| Holsted House Fulfillment Center | 29 | | U-Unsecured | 80 | $0.00 | NOT FILED | 8579 |
| HSBC Bank Nevada NA | 30 | 13 | U-Unsecured | 80 | $808.38 | $808.38 | 6720 |
| HSBC CARD SERVICES | 31 | | U-Unsecured | 80 | $0.00 | NOT FILED | 4289 |
| LVNV FUNDING LLC | 17 | 16 | U-Unsecured | 80 | $557.54 | $557.54 | 2449 |
| Medco Health Solutions | 32 | | U-Unsecured | 80 | $0.00 | NOT FILED | 9089 |
| Midland Credit Management Inc | 14 | 18 | U-Unsecured | 80 | $3,137.82 | $3,137.82 | 2370 |
| NATIONAL CAPITAL MGMT LLC | 24 | 5 | U-Unsecured | 80 | $445.23 | $445.23 | 5064 |
| NATIONAL CAPITAL MGMT LLC | 25 | 6 | U-Unsecured | 80 | $487.14 | $487.14 | 5677 |
| Natural Wellness Resources | 33 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| NC DEPT OF REVENUE | 34 | 15 | U-Unsecured | 80 | $816.15 | $816.15 | 6149 |

CASE NO: 10-40790                                   DEBTORS: Michael Steven Wheat AND Kimberly Atchley Wheat

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Allowed Claim Amt | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| NC DEPT OF REVENUE | 7 | 15 | P-Priority | 70 | $2,163.03 | $2,163.03 | 6149 |
| PRA Receivables Management LLC as agent of | 27 | 12 | U-Unsecured | 80 | $1,537.81 | $1,537.81 | 4046 |
| Precision Rcvy Analytics | 26 | 17 | U-Unsecured | 80 | $447.40 | $447.40 | 6417 |
| PREMIER BANKCARD/CHARTER | 23 | 10 | U-Unsecured | 80 | $423.62 | $423.62 | 8216 |
| Rutherford Anesthesia Associates | 35 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2696 |
| RUTHERFORD CO TAX COLLECTOR | 8 | | P-Priority | 70 | $0.00 | NOT FILED | 8497 |
| RUTHERFORD HOSPITAL INC | 36 | 3 | U-Unsecured | 80 | $853.81 | $853.81 | 7455 |
| Rutherford Internal Medicine Assoc PA | 37 | | U-Unsecured | 80 | $0.00 | NOT FILED | 0220 |
| Rutherford Radiological Associates | 38 | | U-Unsecured | 80 | $0.00 | NOT FILED | ccts |
| Santander Consumer USA | 10,003 | 8,9 | U-Unsecured | 80 | $7,194.54 | $7,194.54 | 8554 |
| Santander Consumer USA | 3 | 8,9 | S-Secured-Pro-Rata | 50 | $10,600.00 | $10,600.00 | 8554 |
| SC DEPT OF REVENUE | 6 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| Scholastic | 39 | | U-Unsecured | 80 | $0.00 | NOT FILED | 3777 |
| Security Life & Trust Inc | 40 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| Therapy Plus | 41 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2091 |
| WELLS FARGO CARD SERVICES | 42 | 1 | U-Unsecured | 80 | $2,410.47 | $2,410.47 | 3853 |
| William Shellem Gardner | 1 | | B-Base Attorney Fee(s) | 20 | $663.00 | $663.00 | |
| William Shellem Gardner | 2 | | B-Base Attorney Fee(s) | 50 | $2,587.00 | $2,587.00 | |

   Wherefore, the trustee respectfully requests that the Court grant his motion and classify the claims for payment by the trustee as set forth herein, and that it grant such other and further relief as is appropriate and just.

Dated:  October 21, 2011                    Steven G. Tate
                                            Standing Chapter 13 Trustee
                                            212 Cooper St
                                            Statesville, NC  28677-5856

CASE NO: 10-40790　　　　　　　　　　　　　　DEBTORS: Michael Steven Wheat AND Kimberly Atchley Wheat

## NOTICE OF MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

　　The Chapter 13 trustee has filed a motion in the above-referenced Chapter 13 case for determination of status of claims, for payment by the trustee under the debtors' confirmed plan.

　　YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

　　If you want to object to the classification and/or treatment of your claim as contained in the trustee's motion, then you or your attorney must file with the court a written response to the motion and a request for hearing, within thirty (30) days of the date of this notice at the following address:

　　　　CLERK, U.S. BANKRUPTCY COURT
　　　　401 W TRADE ST ROOM 111
　　　　CHARLOTTE, NC  28202

　　If you MAIL your response to the court for filing, you must mail it early enough for the court to RECEIVE it on or before the deadline stated above.

　　**Please refer to the trustee's claim number in any response you may file.**

　　NO HEARING WILL BE HELD UNLESS A RESPONSE IS FILED.

　　If you file a response, then a hearing on the trustee's motion will be on Friday, December 16, 2011 at 9:30 am at the following address.

　　　　Cleveland County Courthouse
　　　　Courtroom #5
　　　　Shelby, NC  28151

　　If you or your attorney do not take these steps, the court may decide that you do not oppose the classification and treatment of your claim as reported by the trustee, and grant the motion.

Dated:  October 21, 2011　　　　　　　　　　　　Steven G. Tate
　　　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　　　By:  A. Owens

CASE NO: 10-40790                    DEBTORS: Michael Steven Wheat AND Kimberly Atchley Wheat

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## SHELBY DIVISION

In Re: Michael Steven Wheat       Kimberly Atchley Wheat        Case Number:    10-40790
       PO Box 1656                                               Judge:          George R. Hodges
       Rutherfordton, NC  28139                                  Dated:          10/21/2011

SSN (1): XXX-XX-6149              SSN (2): XXX-XX-7884

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on October 21, 2011.

A. Owens
Office of the Chapter 13 Trustee

AllianceOne Receivables Management Inc, 4850 Street Rd Ste 300, Trevose, PA 19053
AllianceOne Receivables Management Inc, PO Box 510987, Livonia, MI 48151-6987
Allied Interstate Inc, PO Box 1962, Southgate, MI 48195-0962
ATT SERVICES, C/O JAMES GRUDUS ESQ, ONE ATTWAY ROOM 3A218, BEDMINSTER, NJ 07921
BILL ME LATER, PO BOX 2394, OMAHA, NE 68103-2394
Blanton & Miller DDS, 363 N Main St, Rutherfordton, NC 28139-2505
Bonded Collection Corporation, PO Box 1022, Wixom, MI 48393-1022
CAPITAL RECOVERY GROUP 20016, PO BOX 29426, Phoenix, AZ 85038-9426
CCS, PO Box 55126, Boston, MA 02205-5126
CITIFINANCIAL, 135 W MAIN ST, FOREST CITY, NC 28043-3022
Citifinancial, Bankruptcy Dept, PO Box 140489, Irving, TX 75014-0489
COLLECTION BUREAU OF AMERICA, PO BOX 5013, HAYWARD, CA 94540-5013
Cosmetique, Dept Ch 8757, Palatine, IL 60055-8757
Credit Financial Services Inc, PO Box 451, Durham, NC 27702-0451
Dell Financial Services LLC, c/o Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390
DIAL ADJUSTMENT BUREAU, 960 MACARTHUR BLVD, MAHWAH, NJ 07495-0011
DISCOVER BANK, DISCOVER FINANCIAL SERVICES, PO BOX 3025, NEW ALBANY, OH 43054-3025
Dun & Bradstreet, Receivable Management Services, PO Box 280431, East Hartford, CT 06128-0431
eCAST Settlement Corporation assignee of, Citifinancial Inc, PO Box 29262, New York, NY 10087-9262
Ecast Settlement Corporation, PO Box 29262, New York, NY 10087-9262
FARMERS FURNITURE, PO BOX 1140, DUBLIN, GA 31040-1140
Firstpoint Collection Resources Inc, PO Box 26140, Greensboro, NC 27402-6140
FreedomRoad Financial, c/o SPALLAS JONES PLLC, 1840 E River Road, Ste 207, Tucson, AZ 85718
GE MONEY BANK, ATTN BANKRUPTCY DEPT, PO BOX 103104, ROSWELL, GA 30076
GEORGE BROWN ASSOCIATES INC, 2200 CROWNPOINT EXECUTIVE DR, CHARLOTTE, NC 28227-7754
Gevalia, Holmparken Square, PO Box 6276, Dover, DE 19905-6276
Holsted House Fulfillment Center, PO Box 9277, Central Islip, NY 11722-9277
HSBC Bank Nevada NA, c/o PRA Receivables Management LLC, PO Box 12907, Norfolk, VA 23541-0907
HSBC CARD SERVICES, PO BOX 81622, SALINAS, CA 93912-1622
IC SYSTEMS INC, PO BOX 64437, ST PAUL, MN 55164-0437
IC SYSTEMS INC, PO BOX 64887, ST PAUL, MN 55164-0887
Law Office of Larry Roach, 155 Montross West Ave Ste 200, Copley, OH 44321
LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603-0587
Medco Health Solutions, PO Box 30452, Tampa, FL 33630
Michael Steven Wheat, Kimberly Atchley Wheat, PO Box 1656, Rutherfordton, NC 28139
Midland Credit Management Inc, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255
Midland Credit Management, PO Box 603 Dept 12421, Oaks, PA 19456
NATIONAL CAPITAL MGMT LLC, 8245 TOURNAMENT DR SUITE 230, MEMPHIS, TN 38125
Natural Wellness Resources, 110 W 9th St PMB#315, Wilmington, DE 19801
NC DEPT OF REVENUE, OFFICE SERV DIV/BANKRUPTCY UNT, PO BOX 1168, RALEIGH, NC 27602-1168

NCC Business Services Inc, 9428 Baymeadows Rd #200, Jacksonville, FL 32256
NORTH SHORE AGENCY INC, PO BOX 8901, WESTBURY, NY 11590-8901
Pinnacle Financial Group, Dept 673, PO Box 4115, Concord, CA 94524
PRA Receivables Management LLC as agent of, Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541-0914
PRA Receivables Management LLC as agent of, Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541
Precision Rcvy Analytics, c/o B-Line LLC, MS 550, PO Box 91121, Seattle, WA 98111-9221
PREMIER BANKCARD/CHARTER, PO BOX 2208, VACAVILLE, CA 95696-8208
Professional Recovery Services Inc, PO Box 1880, Voorhees, NJ 08043
Rutherford Anesthesia Associates, PO Box 3864, Augusta, GA 30914-3864
RUTHERFORD CO TAX COLLECTOR, PO BOX 143, RUTHERFORDTON, NC 28139
RUTHERFORD HOSPITAL INC, 288 S RIDGECREST AVE, RUTHERFORDTON, NC 28139
Rutherford Internal Medicine Assoc PA, 181 Daniel Rd, Forest City, NC 28043
Rutherford Radiological Associates, PO Box 886, Rutherfordton, NC 28139
Santander Consumer USA Inc, 8585 N Stemmons Fwy, Ste 1100 N, Dallas, TX 75247
Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284
Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244
SC DEPT OF REVENUE, P O BOX 125, COLUMBIA, SC 29214
Scholastic, 557 Broadway, New York, NY 10012
Security Life & Trust Inc, fka Integon Insurance, PO Box 139047, Dallas, TX 75313-9047
Spartanburg County Clerk of Court, 366 N Church St Ste 100, Spartanburg, SC 29303
Therapy Plus, 247 Oak St Ext Ste 145, Forest City, NC 28043
Transworld Systems Inc, PO Box 1864, Santa Rosa, CA 95402
United Recovery Systems LP, PO Box 722929, Houston, TX 77272-2929
WELLS FARGO CARD SERVICES, RECOVERY DEPARTMENT, PO BOX 9210, DES MOINES, IA 50306

Total Served: 64