

FILED & JUDGMENT ENTERED
Steven T. Salata

Apr 10 2013

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Shelby Division

IN RE:

Michael Steven Wheat                                      Chapter 13
Kimberly Atchley Wheat                                    CASE NO:    10-40790

SSN#: XXX-XX-6149                                         Related Court Docket Number: 17
SSN#: XXX-XX-7884

### ORDER

ON 04/08/2013, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:
Motion to Dismiss/Convert/Modify

**AND, THIS COURT FINDS** that:

[ X ]   Plan payments are in substantial default.

[ X ]   Debtor can resume payments.

**IT IS, THEREFORE, ORDERED** that:

[ X ]   Plan payments are set at **$660.00** per month, with the plan extended and the minimum general unsecured dividend adjusted if necessary.

[ X ]   Attorney for debtors allowed presumptive, non-base fee of **$200.00**.

CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on April 10, 2013.

J. Moore
Office of the Chapter 13 Trustee

This Order has been signed electronically, pursuant to administrative order of the Court. Effective as of date of entry.

J. Craig Whitley
UNITED STATES BANKRUPTCY JUDGE

Michael Steven Wheat, Kimberly Atchley Wheat, PO Box 1656, Rutherfordton, NC  28139